McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TIMOTHY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01756-SKO<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 15) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from September 28, 2020, up to and including October 28, 2020.  This is the parties' first stipulation for an extension.  Defendant requests this extension in order to further consider the issues raised in Plaintiff's Opening Brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; Order  1:19-CV-01756-SKO               1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  September 23, 2020 | /s/  *Shellie Lott* |
|   | (*as authorized via e-mail on September 23, 2020) |
|   | SHELLIE LOTT |
|   | Attorney for Plaintiff |
| DATED: September 23, 2020 | McGREGOR W. SCOTT |
|   | United States Attorney |
|   | DEBORAH LEE STACHEL |
|   | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: | /s/  *Ellinor R. Coder* |
|   | ELLINOR R. CODER |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation (Doc. 15), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including October 28, 2020, to respond to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 24, 2020**                              /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE