1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CA 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELLINOR R. CODER, CA 258258
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone: (415) 977-8955
6        Facsimile: (415) 744-0134
         E-Mail: Ellinor.Coder@ssa.gov
7
   Attorneys for Defendant
8

9
10                       UNITED STATES DISTRICT COURT
11                       EASTERN DISTRICT OF CALIFORNIA
12                              FRESNO DIVISION
13

14  TIMOTHY A. JONES,                )   CIVIL NO. 1:19-cv-01756-SKO
                                     )
15       Plaintiff,                  )   **STIPULATION TO VOLUNTARY**
                                     )   **REMAND PURSUANT TO SENTENCE**
16       v.                          )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
                                     )   **ENTRY OF JUDGMENT; ORDER**
17  ANDREW SAUL,                     )
    Commissioner of Social Security, )   **(Doc. 17)**
18                                   )
         Defendant.                  )
19  _____  )

20

21       IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul,

22  Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

23  that the above-entitled action shall be remanded to the Commissioner of Social Security for

24  further administrative proceedings.

25       Upon remand, the Office of Hearing Operations will remand the case to an

26  Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the

27  evidence of record.  The parties further request that the Court direct the Clerk of the Court to

28

                              STIPULATION TO REMAND

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  October 7, 2020         */s/ Shellie Lott\**
                                SHELLIE LOTT
                                Attorney for Plaintiff
                                *Authorized via e-mail on Oct. 7, 2020

                                MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     */s/ Ellinor R. Coder*
                                ELLINOR R. CODER
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 17), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

STIPULATION TO REMAND

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Timothy A. Jones and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **October 9, 2020**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE